UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**WHITNEY WILSON**

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number 08-13M

I, **WHITNEY WILSON**, charged in a complaint pending in this District with **THEFT OF MAIL**, in violation of Title **18**, U.S.C., **1701**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

*Defendant*

*Counsel for Defendant*

February 19, 2008



