AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**WHITNEY ANN WILSON**

# WARRANT FOR ARREST

**CASE NUMBER: 08-** *1 3 - M*

**To: The United States Marshal
    and any Authorized United States Officer**

### YOU ARE HEREBY COMMANDED to arrest WHITNEY ANN WILSON when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

**Theft of Mail**

in violation of Title __18__ United States Code, Section (s) ___1708___

**Honorable Leonard P. Stark**
Name of Issuing Officer

Signature of Issuing Officer

**Bail fixed at $** _____

**United States Magistrate Judge**
**District of Delaware**
Title of Issuing Officer

**January 22, 2008  Wilmington, DE**
Date and Location

by  *Hon. Leonard P. Stark*
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ |

| DATE RECEIVED 1/22/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/14/08 | U.S. Postal Inspector Juliette Thomas | Juliette A. Thomas |

AO 442 (Rev. 12/85) Warrant for Arrest