**REDACTED**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08- 67 |
| Plaintiff, : | |
| v. : | |
| : | |
| WHITNEY ANN WILSON, : | |
| : | |
| Defendant. : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

1.      From in or around December 2007, through in or around February 2008, WHITNEY ANN WILSON, defendant herein, stole, and took, from or out of a letter box, mail receptacle, and other authorized depository for mail matter, a letter, postal card, package, bag, and mail, and, unlawfully had in her possession, any letter, postal card, package, bag, or mail, which had been stolen and taken, knowing the same to have been stolen and taken, all in violation of Title 18 United States Code Section 1708.

### COUNTS II THROUGH XXII

### Scheme and Artifice to Defraud

2.      At all times relevant to this Indictment, Wilmington Trust and Wilmington Savings Fund Society, FSB ("WSFS") were federally insured financial institutions, the deposits of which were insured by the Federal Deposit Insurance Corporation (or "FDIC").

3.      From in or around December 2007, through in or around February 2008, WHITNEY ANN WILSON, defendant herein, devised a scheme and artifice to defraud

Wilmington Trust and WSFS, which are federally insured financial institutions, and to obtain funds owned by or under the custody or control of Wilmington Trust and WSFS, by means of false and fraudulent pretenses, representations, and promises.

4. As part of the scheme and artifice to defraud, the defendant stole outgoing mail that other persons (the "account holders") placed in their curbside, resident mailboxes, in an effort to obtain personal checks that the account holders had drafte d to pay their bills.

5. As a further part of the scheme and artifice to defraud, when the defendant found a personal check drawn on an account with WSFS or Wilmington Trust in a piece of stolen mail, the defendant would enter the information from the account holder's check, including the account holder's name, address, and account number, and the bank's routing number, into a computer, and use software to create a fraudulent blank personal check with the account holder's identifying information.

6. As a further part of the scheme and artifice to defraud, the defendant would draft the fraudulent checks as payable to one of several persons to whom the defendant provided the fraudulent checks to cash (the "check cashers"), and endorse the fraudulent checks by forging the account holders' signatures.

7. As a further part of the scheme and artifice to defraud, the defendant and a check casher would take the fraudulent checks to a WSFS or Wilmington Trust branch in New Castle County, Delaware. The check casher would cash the fraudulent checks and return a portion of the cash proceeds to the defendant.

## Charging Paragraph

## COUNTS II – IX

8.  From in or around December 2007, through in or around February 2008, in the State and District of Delaware, WHITNEY ANN WILSON, defendant herein, did knowingly execute, and attempt to execute, a scheme and artifice to defraud and obtain funds owned by or under the custody or control of WSFS, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, which scheme or artifice is described more fully in paragraphs 2 - 7 above, incorporated herein by reference, and in execution of the scheme or artifice, with the intent to defraud WSFS, cashed and attempted to cash the fraudulent checks identified by account and check numbers in the table below, in the names of the persons identified in the table below, all in violation of Title 18, United States Code, Sections 1344 and 2.

| Count | Account Holder's Initials | Account Number | Date | Check Number(s) |
|---|---|---|---|---|
| Count II | A.B. | xxx-xxx-747 | December 5, 2007 | 1545, 1548 |
| Count III | J.C. | xxx-xxx-012 | December 20, 2007 | 849, 850, 851 |
| Count IV | N.H. | xxx-xxx-676 | December 28, 2007 | 2203 |
| Count V | A.B. | xxx-xxx-016 | January 8, 2008 | 9198, 9200 |
| Count VI | C.R. | xxx-xxx-510 | January 8, 2008 | 1176, 1177, 1178, 1179, 1180, 1181 |
| Count VII | R.V. | xxx-xxx-533 | December 12, 2007 | 1015, 1017 |
| Count VIII | R.K. | xxx-xxx-461 | January 12, 2008 | 927 |

| Count IX | J.B. | xxx-xxx-766 | January 15, 2008 | 8397, 8398, 8401 |

| Count | Account Holder's Initials | Account Number | Date | Check Number(s) |
|---|---|---|---|---|
| Count IX | J.B. | xxx-xxx-766 | January 15, 2008 | 8397, 8398, 8401 |

## COUNTS X – XXII

9.  From in or around December 2007, through in or around February 2008, in the State and District of Delaware, WHITNEY ANN WILSON, defendant herein, did knowingly execute, and attempt to execute, a scheme and artifice to defraud and obtain funds owned by or under the custody or control of Wilmington Trust, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, which scheme or artifice is described more fully in paragraphs 2 - 7 above, incorporated herein by reference, and in execution of the scheme or artifice, with the intent to defraud Wilmington Trust, cashed and attempted to cash the fraudulent checks identified by account and check numbers in the table below, in the names of the persons identified in the table below, all in violation of Title 18, United States Code, Sections 1344 and 2.

| Count | Account Holder's Initials | Account Number | Date | Check Number(s) |
|---|---|---|---|---|
| Count X | A.S. | xxxxx-275 | December 5, 2007 | 1638, 1641, 1645 |
| Count XI | J.P. | xxxxx-370 | December 14, 2007 | 5585, 5587 |
| Count XII | K.H. | xxxxx-331 | December 18, 2007 | 3772, 3773, 3774, 3775 |
| Count XIII | L.W. | xxxxx-583 | December 28, 2007 | 1484 |
| Count XIV | S.R. | xxxxx-727 | January 3, 2008 | 1693, 1694 |
| Count XV | B.F. | xxxxx-283 | January 4, 2008 | 2797, 2798, 2799 |
| Count XVI | M.W. | xxxxx-632 | January 5, 2008 | 1539, 1541 |

| Count XVII | V.H. | xxxxx-539 | January 11, 2008 | 3420, 3424 |
| Count XVIII | R.W. | xxxxx-000 | January 11, 2008 | 2358, 2360 |
| Count XIX | J.T. | xxxxx-822 | January 14, 2008 | 3512, 3514, 3515, 3516 |
| Count XX | K.L. | xxxxx-546 | January 14 & 15, 2008 | 3445, 3447 |
| Count XXI | D.G. | xxxxx-708 | January 15, 2008 | 3262 |
| Count XXII | H.V. | xxxxx-099 | January 17, 2008 | 5084 |

## COUNT XXIII

10. From in or around December 2007, through in or around February 2008, in the State and District of Delaware, WHITNEY ANN WILSON, defendant herein, did knowingly use, without lawful authority, the means of identification of J.B., to wit, J.B.'s name, and in conjunction therewith, J.B.'s address and bank account number, during and in relation to the violation of Title 18, United States Code, Sections 1344 and 2 described in Count IX above, all in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT XXIV

11. From in or around December 2007, through in or around February 2008, in the State and District of Delaware, WHITNEY ANN WILSON, defendant herein, did knowingly use, without lawful authority, the means of identification of D.G., to wit, D.G.'s name, and in conjunction therewith, D.G.'s address and bank account number, during and in relation to the violation of Title 18, United States Code, Sections 1344 and 2 described in Count XXI above, all in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT XXV

12. From in or around December 2007, through in or around February 2008, in the

State and District of Delaware, WHITNEY ANN WILSON, defendant herein, did knowingly use, without lawful authority, the means of identification of R.V., to wit, R.V.'s name, and in conjunction therewith, R.V.'s address and bank account number, during and in relation to the violation of Title 18, United States Code, Sections 1344 and 2 described in Count VII above, all in violation of Title 18, United States Code, Sections 1028A and 2.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Seth M. Beausang
Assistant United States Attorney

Dated: April 22, 2008