# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08-67-SLR |
| Plaintiff, : | |
| v. : | |
| : | |
| WHITNEY ANN WILSON, : | |
| : | |
| Defendant. : | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case. On May 15, 2008, the deadline for the Defendant to file any pre-trial motions passed without the Defendant filing any such motions.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference to schedule a trial in this matter.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

By:   /s/ Seth M. Beausang
        Seth M. Beausang (De. I.D. No. 4071)
        Assistant United States Attorney
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, Delaware 19899-2046

Dated: May 16, 2008.