IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-067-SLR |
| WHITNEY ANN WILSON, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 19th day of May, 2008;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Tuesday, June 3, 2008** at **8:15 a.m.**, with the court initiating said call.

2. The time between this order and June 3, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

                                                                                                    United States District Judge