IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 08-067-SLR |
| | ) | |
| WHITNEY ANN WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 3rd day of June, 2008, having conferred with counsel;

IT IS ORDERED that a telephonic status conference is scheduled for **Tuesday, July 1, 2008** at **1:30 p.m.**, with the court initiating said call.

							_____
							United States District Judge