IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-067-SLR |
| ) | |
| WHITNEY ANN WILSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 1st day of July, 2008, having conferred with counsel;

IT IS ORDERED that a telephonic status conference is scheduled for **Wednesday, July 30, 2008** at **9:30 a.m.**, with the court initiating said call.

_____
United States District Judge